**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 36 EAL 2019

               Respondent          :

                                  :    Petition for Allowance of Appeal from

              v.                   :    the Order of the Superior Court

                                  :

JOSE MENDEZ,                           :

               Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.